DANIEL J. BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JAVIER LOPEZ-IBARRA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. CR-S-10-369 LKK |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| JAVIER LOPEZ-IBARRA, | ) |
| Defendant. | ) |

This case is currently scheduled for a status hearing on October 19, 2010. The attorneys for both parties have conferred and agree that additional time is needed for defense preparation and meetings between the parties with the goal being to resolve the case by way of a disposition.

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for Tuesday, October 19, 2010, be continued until Tuesday, November 16 2010. In addition, the parties stipulate that the time period from October 19, 2010, to November 16, 2010, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

///

///

///

1

A proposed order is attached and lodged separately for the court's convenience.

DATED:October 18, 2010

Respectfully submitted,

| BENJAMIN B. WAGNER | DANIEL J. BRODERICK |
|---|---|
| United States Attorney | Federal Defender |

 */s/ Lexi Negin for*             */s/ Lexi Negin*
MICHELE BECKWITH             LEXI NEGIN
Assistant U.S. Attorney             Assistant Federal Defender
Attorney for United States             Attorney for Javier Lopez-Ibarra

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JAVIER LOPEZ IBARRA,<br><br>　　　　Defendant. | CASE NO. CR-S-10-369 LKK<br><br>ORDER CONTINUING STATUS HEARING AND EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |

　　　　For the reasons set forth in the stipulation of the parties, filed on October 18, 2010, IT IS HEREBY ORDERED that the status conference currently scheduled for Tuesday, October 19, 2010, be vacated and that the case be set for **Tuesday, November 16, 2010, at 9:15 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' October 18, 2010, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from October 19, 2010, through November 16, 2010, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: October 18, 2010

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　LAWRENCE K. KARLTON
　　　　　　　　　　　　　　　　　　　　SENIOR JUDGE
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT

2